THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:13-cv-00129-MR

| | |
|---|---|
| ROBERT S. GAMBUTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court the Plaintiff's motion for the admission of attorney Howard David Olinsky as counsel *pro hac vice*. [Doc. 2]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the motion [Doc. 2] is **ALLOWED**, and Howard David Olinsky is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

Signed: September 27, 2013

Martin Reidinger
United States District Judge